Search Warrant

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

A white trailer, parked/located in the backyard at New NHA#11 in Dilkon, Arizona 86047

Case No. 22-4141mb

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Arizona__ .
(identify the person or describe the property to be searched and give its location):

**See Attachment A**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**See Attachment B**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____May 25, 2022_____ .
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.
Honorable Camille D. Bibles.
            (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)    ☐ for____ days (not to exceed 30)
                                ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____        **Camille D. Bibles** Digitally signed by Camille D. Bibles
                                                    Date: 2022.05.11 16:41:28 -07'00'
                                                        Judge's signature

City and State: Flagstaff, Arizona                  Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                        Printed name and title

| Return | | |
|---|---|---|
| Case No.: 22-4141 MB | Date and time warrant executed: 5/12/22 at 9:36 a.m. (Reservation Time) | Copy of warrant and inventory left with: Elaine Anderson |

Inventory made in the presence of :
SA Brian McGrew

Inventory of the property taken and name of any person(s) seized:

- (1) Magazine
- (1) Magazine and Reloader
- (1) 500 Smith and Wesson round of ammunition; (4) .22 WHR magnum rounds of ammunition
- (1) 9mm shell casing
- (1) .22 LR round of ammunition
- (1) .40 Speer Smith and Wesson round of ammunition
- (3) .22 Magnum rounds of ammunition; (1) round of 9mm ammunition; (1) .40 Smith and Wesson round of ammunition
- (1) .338 Winchester Mag round of ammunition; (1) 30-06 round of ammunition
- (1) 7.62 x 39 shell casing
- (1) 12-gauge CBC shotgun casing; (1) HxP 63 round of ammunition
- (1) Firearm tool: grip interchanger
- (1) 270 Winchester round of ammunition; (1) .338 Winchester Mag round of ammunition; (1) 500 Smith and Wesson Mag round of ammunition; (1) .22 Long rifle round of ammunition; (1) .22 magnum round of ammunition
- (4) Magazines and firearms parts
- (1) .223 Rem Wolf round of ammunition; (3) 500 Smith and Wesson Mag; (1) NXP 78 round of ammunition; (1) .223 Rem round of ammunition; (2) 9mm Luger rounds of ammunition
- (1) Box containing (5) .270 Winchester rounds of ammunition
- (9) .223 Rem rounds of ammunition; (1) .22 round of ammunition
- (24) spent .223 rounds of ammunition
- (1) .22 LR Jennings Firearms Incorporation S/N 145163
- (1) Rifle magazine with (1) round of 7.62 x 39 round of ammunition
- (1) 500 Smith and Wesson round of ammunition; (1) 30-30 Winchester round of ammunition; (1) .223 Rem round of ammunition
- (2) Magazines
- (1) WMA cartridge casing; (1) .22 Remington round of ammunition
- (1) 9 mm Luger shell casing

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/20/22

_Executing Officer's Signature_

Jenifer J. Mulhollon FBI SA
_Printed Name and Title_